PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Superceding Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robert Scott                   **Docket Number:** 08-00936-001
                                                                                         **PACTS Number:** 52676

**Name of Sentencing Judicial Officer:** Honorable Stewart Dalzell, U.S.D.J. (ED/PA)

**Name of Assigned Judicial Officer:** Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

**Date of Original Sentence:** 01/04/2007

**Original Offense:** Ct. 1- Interference with interstate commerce by robbery, 18 U.S.C. § 1951(a)
                       Ct. 2- Use and carrying a firearm during a crime of violence, 18 U.S.C. § 924(c)(1)

**Original Sentence:** 24 months imprisonment; 5 years supervised release; $200 special assessment; $1000 fine; $1050 restitution.

**Type of Supervision:** Supervised Release                  **Date Supervision Commenced:** 10/24/08

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be assigned, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On May 6, 2010, Robert Scott was arrested by the Warren County Prosecutor's Office and charged with Sexual Assault, in violation of N.J.S.A. 2C:14-2c(1), a crime of the second degree and Criminal Sexual Contact, in violation of N.J.S.A. 2C:14-3b, a crime of the fourth degree. |
| | It is alleged that the offender sexually assaulted a woman at his home on or about June 17, 2009. |
| 2 | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |

PROB 12C - Page 2
Robert Scott

Robert Scott was questioned by the Warren County Prosecutor's Office regarding the alleged sexual assault which occurred on or about June 17, 2009, but did not report this police contact to Probation.

On March 27, 2010, Robert Scott was issued two traffic tickets by the Washington Township Police Department and failed to report this police contact to the U.S. Probation Office.

On April 8, 2010, the U.S. Probation Office was informed by the Warren County Prosecutor's Office that Det. Pantusa had spoken with Robert Scott regarding narcotics distribution in Warren County on an occasion the previous week.

3    The offender has violated the release condition which states '**You are restricted to your residence at all times except for the following: education, religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. Additionally, employment is permitted.**'

On November 12, 2010, the undersigned was provided with a list from Gibson's Gym, which indicated that Robert Scott had used the gym's services 63 times since May 10, 2010, when he was released to home detention. On numerous occasions, he was specifically asked by the undersigned if he had used the gym and he stated that he had not.

On November 15, 2010, Robert Scott admitted that on the evening of November 13, 2010, he consumed alcohol but claimed to be installing glass, for his 24 hours on call service, at two bars near Washington Twp., New Jersey.

On November 19, 2010, the undersigned spoke with Gina Yeski, of the Asbury United Methodist Church who advised that Robert Scott has not been attending bible study regularly.

I declare under penalty of perjury that the foregoing is true and correct.

By: Dana Hafner
U.S. Probation Officer
Date: 11/22/10

7 / L

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Nov. 29, 2010
Date